AO 442 (Rev. 11/11) Arrest Warrant

FILED IN OPEN COURT

FEB - 6 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

| United States of America | ) |
| v. | ) |
| Breon Clemons | ) Case No. 4:24cr2 |
| | ) FID: 11631737 |
| | ) IRS |
| Defendant | ) |

RECEIVED UNITED STATES MARSHAL
2024 JAN 17 A 11:46
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Breon Clemons                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   T.18:1343 and 2 - Wire Fraud

Date:   01/16/2024

/s/ Brandt
*Issuing officer's signature*

City and state:   Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*   1/17/24   , and the person was arrested on *(date)*   2/6/24
at *(city and state)*   Norfolk, VA   .

Date:   2/6/24

/s/ O'Donnell
*Arresting officer's signature*

Christopher O'Donnell, Special Agent
*Printed name and title*